# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**WENDY G. MCCARTER,**

      **Plaintiff,**

**v.**                                                    **Case No: 6:12-cv-1150-Orl-31TBS**

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**

## ORDER

This matter comes before the Court without a hearing on the Complaint filed by the Plaintiff on July 25, 2012 (Doc. 1) for judicial review of the final decision of the Commissioner of Social Security Administration (the "Commissioner") to deny her claim for disability insurance benefits and supplemental security income. On August 27, 2012, the United States Magistrate Judge issued a Report (Doc. 17) recommending that the Commissioner's decision be affirmed. On September 4, 2013, the Plaintiff filed an objection (Doc.19). The Commissioner has not filed a response to the objection. Upon *de novo* review of the record and the Plaintiff's objections, the Court concludes that the Report and Recommendation should be confirmed and adopted.

At Step Two of the sequential evaluation process, the ALJ found that the Plaintiff did not have a severe impairment or combination of impairments. (Doc. 12 at 21). In her objection to the Report and Recommendation, the Plaintiff argues that the ALJ failed to apply the correct legal standards to evidence supporting findings of severe impairment resulting from "emphysema/COPD," "low back pain and lower extremity pain," and chronic fatigue syndrome. (Doc. 19 at 2-8). However, in her appeal brief, the Plaintiff argued to the Magistrate Judge that

nerve damage and fibromyalgia – rather than emphysema/COPD, low back pain and lower extremity pain, or chronic fatigue syndrome -- should have been found to constitute a severe impairment or combination of impairments.  (Doc. 15 at 9-13). Because the arguments the Plaintiff now asserts were not raised before the Magistrate Judge, the Court finds that they have been waived.[1]  *See Williams v. McNeil*, 557 F.3d 1287 (11th Cir. 2009).

Both before the Magistrate Judge and in her objection, the Plaintiff argues that the ALJ should not have rejected the opinion of Dr. Brown, who in 2009 and 2011 wrote that

> Wendy McCarter is unable to work due to current medical conditions.  She is being treated for Chronic Fatigue Syndrome, hepatitis C, and nerve damage that affects her left leg.  Please call if there are any further questions.  Thank you.

The ALJ rejected Dr. Brown's statement as unsupported by evidence in the record.  The Plaintiff argued before the Magistrate Judge that other doctors' diagnoses supported Dr. Brown's statement, and that the statements of Dr. Brown, as a treating physician, should have been accorded substantial or considerable weight.  The Magistrate Judge rejected this argument, finding that simply listing other doctors' diagnoses did not lend support to Dr. Brown's statement.  (Doc. 17 at 11). (Doc. 17 at 11).  In her objection, the Plaintiff takes issue with the Magistrate Judge's assessment but fails to point to any way in which the other doctors' diagnoses provide insight into the severity of her limitations so as to support Dr. Brown's statements.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this order.

2. The decision of the Commissioner of Social Security Administration is **AFFIRMED**.

---

[1] The Plaintiff has not raised an objection to the Magistrate Judge's determination regarding her nerve damage and fibromyalgia arguments.

      3.      The Clerk is directed to enter judgment in accordance with this order and thereafter close the file.

      **DONE** and **ORDERED** in Orlando, Florida on September 25, 2013.

                                                                    **GREGORY A. PRESNELL**
                                                                    **UNITED STATES DISTRICT JUDGE**

Copies furnished to:

Counsel of Record
Unrepresented Parties